## 47018. SIGNAL OIL & GAS COMPANY v. CONWAY.

EBERHARDT, Presiding Judge. Our judgment in *Signal Oil & Gas Co. v. Conway*, 126 Ga. App. 711 (191 SE2d 624) having been reversed by the Supreme Court in *Conway v. Signal Oil & Gas Co.*, 229 Ga. 849, our judgment is hereby vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Bell, C. J., Hall, P. J., Pannell, Deen, Quillian and Clark, JJ., concur. Evans, J., concurs specially. Stolz, J., not participating.*

DECIDED FEBRUARY 2, 1973.

*Long, Weinberg, Ansley & Wheeler, Palmer H. Ansley, J. Kenneth Moorman,* for appellant.

*Cochran, Camp & Snipes, Donald O. Nelson,* for appellee.

EVANS, Judge, concurring specially. Inasmuch as I wrote a dissenting opinion when this case was first considered in this court, concurred in by Judges Pannell and Deen ( *Signal Oil & Gas Company v. Conway,* 126 Ga. App. 711 (191 SE2d 624)), I now most enthusiastically concur with the judgment of the Supreme Court of Georgia in reversing the majority of the Court of Appeals, and in affirming the judgment of the Superior Court of Cobb County.